IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVEL COUNTRY RV CENTER, INC., BYRD KENNETH ISON II, KATHRYN JO ISON, CRAIG STEPHEN DELK, and SLIDE INNOVATIONS, LLC,<br><br>Defendants. | Civil Action 7:10-CV-24 (HL) |

**ORDER**

This case is before the Court on Plaintiff's Motion to Drop and Dismiss With Prejudice Defendants Travel Country RV Center, Inc. and Craig Stephen Delk (Doc. 41). The Motion is unopposed.

Federal Rule of Civil Procedure 21 provides that on motion, the Court may at any time, drop a party. According to Plaintiff, because of a settlement in the underlying liability action, Travel County and Delk no longer have an interest in this declaratory judgment action. In light of that settlement, the Court believes it is appropriate to drop Travel Country and Delk as parties in this case.

Plaintiff's Motion to Drop and Dismiss (Doc. 41) is granted.

**SO ORDERED**, this the 1st day of April, 2011.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

mbh