# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **EMPIRE FIRE AND MARINE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**SLIDE INNOVATIONS, LLC,**<br><br>Defendants. | Civil Action 7:10-CV-24 (HL) |

## ORDER

This case is before the Court on Plaintiff's Motion to Dismiss Without Prejudice Defendant Slide Innovations, LLC (Doc. 44). The Motion is granted. Slide Innovations, LLC is dismissed from the case without prejudice. As there are no remaining claims in this action, the Clerk of Court is directed to close this case.

**SO ORDERED**, this the 15th day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh